

JOHN P. MURRILL
*Partner*
(225) 381-0213  TELEPHONE
(225) 215-8726  DIRECT FAX
(225) 346-8049  FACSIMILE
john.murrill@taylorporter.com

January 9, 2024

U.S. Court of Appeals for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

Re:   *Tesla, Incorporated; Tesla Lease Trust; Tesla Finance, L.L.C. vs. Louisiana Automobile Dealers Association, In itself and on behalf of its members, executive committee, and board of directors; Gregory Lala, In his official capacity of Chairman of the Louisiana Motor Vehicle Commission, et al.*,
Docket No. 23-30480

Greetings:

I am currently enrolled as co-counsel in this matter for Appellees, Gregory Lala, Allen Krake, V. Price LeBlanc, Jr., Eric R. Lane, Kenneth "Mike" Smith, Keith P. Hightower, Keith M. Marcotte, Wesley Randal Scoggin, Scott A. Courville, Donna S. Corley, Terryl J. Fontenot, Maurice C. Guidry, Raney J. Redmond, Joseph W. "Bill" Westbrook, Stephen Guidry, Joyce Collier LaCour, Thomas E. Brumfield, and Edwin T. Murray, in their official capacities as Commissioners of the Louisiana Motor Vehicle Commission. I hereby respectfully request to withdraw as co-counsel for the above-named Appellees due to a personal issue that has recently developed.

The above-named Appellees continue to be represented by my partner, Harry J. Philips, Jr. of the law firm Taylor, Porter, Brooks & Phillips, LLP, and by Timothy W. Hassinger and Patrick J. Schepens of the law firm Galloway, Johnson, Tompkins, Burr & Smith, all of whom have already appeared on the pleadings filed on behalf of appellees in this matter. Mr. Philips shall continue as Lead Counsel on behalf of the above-named Appellees.

With kindest regards, I am

Sincerely,

s/ John P. Murrill
John P. Murrill

JPM:jg

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.   BATON ROUGE   LAKE CHARLES
www.taylorporter.com   450 Laurel Street, Suite 800   Post Office Box 2471   225.387.3221 PHONE
Baton Rouge, Louisiana 70801   Baton Rouge, LA 70821   225.346.8049 FAX

5529927.v1